UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
          :

SYLINIA JACKSON, ON BEHALF OF    :
HERSELF AND ALL OTHER PERSONS    :
SIMILARLY SITUATED,    :

    :  No.: 1:25-cv-4860

          Plaintiffs,    :

    :  **NOTICE OF VOLUNTARY**
          v.    :  **DISMISSAL**

    :

SIMPLISAFE, INC.,    :

    :

          Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, SIMPLISAFE, INC.


Dated:  New York, New York
       Aug. 5, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge